FILED

May 09, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004224931

3

1  THE SUNTAG LAW FIRM
   A Professional Corporation
2  DANA A. SUNTAG (California State Bar No. 125127)
   LORIS L. BAKKEN (California State Bar No. 215033)
3  The Kress Building
   20 North Sutter Street, Fourth Floor
4  Stockton, California  95202
   Telephone: (209) 943-2004
5  Facsimile:   (209) 943-0905

6  Attorneys for Chapter 7 Trustee
   GARY R. FARRAR

7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   In re:                          )    NO: 12-90336-E-7
11                                 )
                                   )    DC No.: SLF 3
12 RYAN ALLISON BAILEY and         )
   DANIELLE MICHELLE BAILEY,       )    MOTION FOR AUTHORIZATION TO
13                                 )    SELL THE ESTATE'S INTEREST IN A
            Debtors.               )    BUSINESS
14                                 )
                                   )    Date: June 6, 2012
15                                 )    Time: 10:30 a.m.
                                   )    Place: Department E
16 _____)    The Honorable Ronald H. Sargis

17

18

19

20

21

22

23

24

25

26

Chapter 7 Trustee Gary R. Farrar respectfully moves for authorization to sell the estate's nonexempt interest in the Debtors' pool service business (the "Business") to the Debtors. Under the proposed sale, the Debtors will pay $6000 for the Business. The Trustee believes the sale is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1.    On February 3, 2012, the Debtors filed this case. Mr. Farrar is the Chapter 7 Trustee.

2.    In their Amended Schedule B, the Debtors disclosed an interest in the Business as follows: "Platinum Pool Service-Business Sole Proprietorship Debtor to Determine Value and Update Once Available." The Debtors listed the value of the Business as unknown and claimed an exemption of $19,341.00 under California Code of Civil Procedure Section 703.140(b)(5).

3.    The Business is property of the bankruptcy estate.

4.    The Trustee asked Paul Quinn, CPA, to provide him with an estimated value of the Business.  Mr. Quinn estimates the Business is worth approximately $30,000.00. Therefore, the Trustee asserts that the nonexempt portion of the value of the Business is approximately $10,659.00. (Farrar Decl., ¶ 4).

5.    The Trustee wishes to liquidate the estate's nonexempt interest in the Business and obtain the maximum value for the estate. The Trustee entered into negotiations with the Debtors, through their attorney. (Farrar Decl., ¶ 5).

6.    As a result of the negotiations, the Trustee and the Debtors reached an agreement under which the Debtors will purchase the estate's nonexempt interest in the Business for $6000.00 (the "Purchase Amount"). The parties have entered into a proposed

purchase and sale agreement documenting this (collectively, the "Sale"). The agreement states that the Purchase Amount will be nonexempt property of the estate. (Farrar Decl., ¶ 6, Ex. A).

7.    The Sale is conditional on Bankruptcy Court approval of this motion and the Trustee is amenable to overbidding at the hearing on terms that are agreeable to this Court. (Farrar Decl., ¶ 7).

8.    Bankruptcy Code Section 363(b) provides that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business.

9.    The Trustee believes the Sale is in the best interests of creditors since the estate otherwise would incur additional fees and costs to find a purchaser for the Business. (Farrar Decl., ¶ 8).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion and that it grant such further and other relief as may be just and proper.

Dated: May 8, 2012

THE SUNTAG LAW FIRM
A Professional Corporation


By:  _/s/ Loris L. Bakken_____
LORIS L. BAKKEN
Attorneys for Chapter 7 Trustee
GARY R. FARRAR

MOTION FOR AUTHORIZATION
TO SELL THE ESTATE'S                        3
INTEREST IN A BUSINESS