HONORABLE RONALD H. SARGIS
GARY R. FARRAR
TRUSTEE IN BANKRUPTCY
P.O. BOX 576097
MODESTO,  CA  95357-6097

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BAILEY, RYAN ALLISON | § | Case No. 12-90336 |
| BAILEY, DANIELLE MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GARY R. FARRAR TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GARY R. FARRAR TRUSTEE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY R. FARRAR TRUSTEE | | | | | |
| GARY R. FARRAR TRUSTEE | | | | | |
| INTERNATIONAL SURETIES. LTD | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| THE SUNTAG LAW FIRM | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CA Franchise Tax Board Special Proc. Bankruptcy Unit PO Box 2952 Sacramento, CA 95812 | | | | | |
| | CA Franchise Tax Board Special Proc. Bankruptcy Unit 1515 Clay St. #305 Oakland, CA 94612 | | | | | |
| | IRS 5045 E. Butler Avenue Fresno, CA 93888 | | | | | |
| | IRS PO Box 7346 Philadelphia, PA 19101 | | | | | |
| | IRS Special Procedures Section 1301 Clay Street, Stop 1400S Oakland, CA 94612 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Attorney Attn: Chief Tax Division 10th Floor,  Federal Building 450 Golden Gate Avenue, Box 36066 San Francisco, CA 94102 | | | | | |
| | US Atty General Dept of Justice Civil Trial Sec. Western Region PO Box 683 Ben Franklin St. Washington, DC 20044 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Payment Center Sacramento, CA 95887 | | | | | |
| | American Express Po Box 297812 Fort Lauderdale, FL 33329 | | | | | |
| | C B Merchant Services 217 N San Joaquin St Stockton, CA 95202-2408 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C B Of Merchant Svcs. 217 N San Joaquin St. Stockton, CA 95201 | | | | | |
| | Capital One Bank 15000 Capital One Dr Richmond, VA 23238 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Collect Corp PO Box 100789 Birmingham, AL 35210 | | | | | |
| | David S. Stone MD 5565 W Las Positas Blvd Suite 350 Pleasanton, CA 94588 | | | | | |
| | Dr. Hillard 2301 Camino Ramon #200 San Ramon, CA 94583 | | | | | |
| | Gecrb/paypal Smart Con Po Box 965005 Orlando, FL 32896 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/bsbuy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Mark Bailey 1778 El Padro Ave Livermore, CA 94550 | | | | | |
| | Medical Billing Service Po Box 5010 Monrovia, CA 91017 | | | | | |
| | NCO Financial Systems 4740 baster Road Virginia Beach, VA 23462 | | | | | |
| | Rash Curtis & Associat 190 S Orchard Ave Ste 25 Vacaville, CA 95688 | | | | | |
| | Springleaf Financial Services Po Box 3251 Evansville, IN 47731 | | | | | |
| | Valey Yellow Pages 1850 N Gateway Blvd Fresno, CA 93727 | | | | | |
| | Valley Care Hospital PO Box 4656 Hayward, CA 94540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Valley Yellow Pages P.O. Box 39000 - Dept 33302 San Francisco, CA 94139 | | | | | |
| | World Vision PO Box 78481 Tacoma, WA 98481 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL ONE N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. AS SUCCESSO | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000008 | SPRINGLEAF FINANCIAL SERVICES, INC. | | | | | |
| 000004 | US BANK N.A. | | | | | |
| 000005 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

# Exhibit 8

Case No:  12-90336   E   Judge: HONORABLE RONALD H. SARGIS

Case Name:  BAILEY, RYAN ALLISON

BAILEY, DANIELLE MICHELLE

For Period Ending: 09/11/13

Trustee Name:  GARY R. FARRAR TRUSTEE

Date Filed (f) or Converted (c):  02/03/12 (f)

341(a) Meeting Date:  03/08/12

Claims Bar Date:  06/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 255 Cherry Blossom Lane Patterson, CA 95363 | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account #2822 US Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4. US Bank Business Checking Account #2449 | 25.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account #2519 US Bank | 4.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account #0088 Safe America | 30.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. Books, CDs, DVDs | 300.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Snowboard | 100.00 | 0.00 | | 0.00 | FA |
| 12. Term Policy Arrow Insurance Death Benefit: $100,00 | 0.00 | 0.00 | | 0.00 | FA |
| 13. US Bond | 25.00 | 0.00 | | 0.00 | FA |
| 14. Business Customers | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Dodge Ram Miles: 67,000 Condition: Good | 20,000.00 | 0.00 | | 0.00 | FA |
| 16. 2005 Volvo 560 Miles: 60,000 Condition: Good | 12,000.00 | 0.00 | | 0.00 | FA |
| 17. 2011 Kawasaki KX450 Condition: Fair | 6,000.00 | 0.00 | | 0.00 | FA |
| 18. Pugs | 500.00 | 0.00 | | 0.00 | FA |
| 19. 1990 Yamaha Spicejet | 500.00 | 0.00 | | 0.00 | FA |
| 20. Platinum Pool Service - Business sole proprietorsh (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $214,834.00   $6,000.00   $6,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Evaluate swimming pool business

4/18/12 Agreement reached for equity buyout by debtor $6,000.00

6/30/12 Court has approved installment sale of business

10/1/12 Debtor continued to make monthly installments

1/3/13 Debtor continues to make payments. case is expected to conclude 4/2013

4/30/13 TFR pending legal fee approval

Initial Projected Date of Final Report (TFR): 02/03/13        Current Projected Date of Final Report (TFR): 04/01/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 12-90336 -E |
| Case Name: | BAILEY, RYAN ALLISON |
| | BAILEY, DANIELLE MICHELLE |
| Taxpayer ID No: | *******0212 |
| For Period Ending: | 09/11/13 |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0594  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 63,027,656.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 1 | 1229-000 | 1,000.00 | | 1,000.00 |
| 06/11/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 2 | 1229-000 | 500.00 | | 1,500.00 |
| 07/13/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 3 | 1229-000 | 500.00 | | 2,000.00 |
| 07/16/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.44 | 1,998.56 |
| 08/13/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 4 | 1229-000 | 500.00 | | 2,498.56 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.01 | 2,496.55 |
| 09/10/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 5 | 1229-000 | 500.00 | | 2,996.55 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.60 | 2,993.95 |
| 10/11/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 6 | 1229-000 | 500.00 | | 3,493.95 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.13 | 3,490.82 |
| 11/13/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 7 | 1229-000 | 500.00 | | 3,990.82 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.74 | 3,987.08 |
| 12/11/12 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 8 | 1229-000 | 500.00 | | 4,487.08 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 4.17 | 4,482.91 |
| 01/15/13 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 9 | 1229-000 | 500.00 | | 4,982.91 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 4.93 | 4,977.98 |
| 02/08/13 | 001001 | INTERNATIONAL SURETIES, LTD ONE SHELL SQUARE 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA  70139 | BOND # 016048575 1/1/13 TO 1/1/14 | 2300-000 | | 6.90 | 4,971.08 |
| 02/11/13 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 10 | 1229-000 | 500.00 | | 5,471.08 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.42 | 5,465.66 |
| 03/14/13 | 20 | RYAN ALLISON BAILEY PO Box 2615 Livermore, Ca  94551 | Payment 11 | 1229-000 | 500.00 | | 5,965.66 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 7.08 | 5,958.58 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 8.53 | 5,950.05 |

**FORM 2**

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

**Exhibit 9**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-90336 -E | | | Trustee Name: | GARY R. FARRAR TRUSTEE | |
| Case Name: | BAILEY, RYAN ALLISON | | | Bank Name: | BANK OF KANSAS CITY | |
| | BAILEY, DANIELLE MICHELLE | | | Account Number / CD #: | *******0594  Checking - Non Interest | |
| Taxpayer ID No: | *******0212 | | | | | |
| For Period Ending: | 09/11/13 | | | Blanket Bond (per case limit): | $ 63,027,656.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/03/13 | 001002 | THE SUNTAG LAW FIRM DANA SUNTAG ESQUIRE THE KRESS BUILDING 20 NORTH SUTTER STREET, 4TH FLOOR STOCKTON, CA 95202 | FINAL DISTRIBUTION | 3110-000 | | 2,000.00 | 3,950.05 |
| 07/16/13 | 001003 | GARY R. FARRAR TRUSTEE P.O. BOX 576097 MODESTO, CA 95357 CA | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.00 | 2,600.05 |
| 07/16/13 | 001004 | GARY R. FARRAR TRUSTEE P.O. BOX 576097 MODESTO, CA 95357 CA | Chapter 7 Expenses | 2200-000 | | 40.10 | 2,559.95 |
| 07/16/13 | 001005 | FIA CARD SERVICES, N.A. AS SUCCESSOR TO BANK OF AMERICA, N.A. (USA) AND MBNA AMERICA BANK, N.A. PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000002, Payment 7.15373% FINAL DISTRIBUTION DIGITS):7501 | 7100-000 | | 267.99 | 2,291.96 |
| 07/16/13 | 001006 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Claim 000003, Payment 7.15388% FINAL DISTRIBUTION DIGITS):5733 | 7100-000 | | 56.11 | 2,235.85 |
| 07/16/13 | 001007 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000004, Payment 7.15379% FINAL DISTRIBUTION DIGITS):2822 | 7100-000 | | 178.00 | 2,057.85 |
| 07/16/13 | 001008 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000005, Payment 7.15384% FINAL DISTRIBUTION DIGITS):3495 | 7100-000 | | 1,369.98 | 687.87 |
| 07/16/13 | 001009 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000006, Payment 7.15392% FINAL DISTRIBUTION #1005 | 7100-000 | | 257.29 | 430.58 |
| 07/16/13 | 001010 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FL 33131-1605 | Claim 000007, Payment 7.15387% FINAL DISTRIBUTION DIGITS):0033 | 7100-000 | | 90.96 | 339.62 |
| 07/16/13 | 001011 | SPRINGLEAF FINANCIAL SERVICES, INC. P.O. BOX 3251 EVANSVILLE, IN  47731-3251 | Claim 000008, Payment 7.15378% FINAL DISTRIBUTION # 7870 | 7100-000 | | 117.91 | 221.71 |
| 07/16/13 | 001012 | CAPITAL ONE N.A. c/o BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD, SUITE 200 TUCSON, AZ  85712 | Claim 000009, Payment 7.15397% FINAL DISTRIBUTION # 5076 BEST BUY INC. | 7100-000 | | 221.71 | 0.00 |

Total Of All Accounts        0.00